**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

|  |  |  |
|---|---|---|
|  | : | MDL DOCKET NO. 4:03-CV-1507-BRW |
| **IN RE:** | : |  |
| **PREMPRO PRODUCTS LIABILITY** | : |  |
| **LITIGATION** | : | ALL CASES in EXHIBIT A |

**ORDER**

By 5:00 p.m., Monday, April 8, 2013, please provide me (by filing on CM-ECF) with the FDA's correspondence with Barr, from 2000, that you mentioned in your Amended Complaint.

By the same deadline, Plaintiffs, who have not already done so in their amended complaints, must file an addendum specifically setting out which Defendant's drug was ingested when, *e.g.* Plaintiff ingested drug A, manufactured by Defendant B, from March 1999-August 2002; Plaintiff ingested drug C, manufactured by Defendant D, from June 1989-March 2000.

IT IS SO ORDERED this 1st day of April, 2013.

/s/ Billy Roy Wilson
UNITED STATE DISTRICT COURT

1

# EXHIBIT A

4:05-cv-00146-BRW  Lee v. Wyeth, et al
4:05-cv-01366-BRW  Cain v. Pharmacia a Upjohn Company LLC et al
4:06-cv-00079-BRW  Hinkle v. Wyeth et al
4:08-cv-03833-BRW  Humphreys v. Wyeth, et al
4:10-cv-00656-BRW  Wilson v. Wyeth LLC et al

4:10-cv-00923-BRW  Meranto v. Wyeth LLC et al
4:10-cv-01034-BRW  Howard v. Wyeth LLC et al
4:10-cv-00370-BRW  Steele et al v. Wyeth et al
4:10-cv-00605-BRW  Sargent v. Wyeth LLC et al
4:08-cv-03723-BRW  Cornell v. Wyeth, et al

4:10-cv-00611-BRW  Sundall v. Wyeth LLC et al
4:10-cv-00681-BRW  Garcia v. Wyeth LLC et al
4:10-cv-00813-BRW  Swanson v. Wyeth LLC et al
4:11-cv-00110-BRW  Johnson v. Wyeth LLC et al
4:05-cv-01245-BRW  Nikolchev et al v. Wyeth Pharmaceuticals Inc et al

4:06-cv-00294-BRW  Ridgeway et al v. Wyeth et al
4:10-cv-01212-BRW  Denney v. Wyeth LLC et al
4:05-cv-00614-BRW  Campbell v. Wyeth, et al
4:10-cv-00505-BRW  Walton v. Wyeth LLC et al
4:11-cv-00787-BRW  Riegle et al v. Wyeth LLC et al

4:05-cv-00206-BRW  Posey et al v. Wyeth et al
4:08-cv-00864-BRW  Barnes v. Wyeth et al
4:10-cv-01267-BRW  Owens et al v. Wyeth LLC et al
4:10-cv-00478-BRW  Evosevich et al v. Wyeth LLC et al
4:10-cv-00609-BRW  Walther v. Wyeth LLC et al

4:10-cv-01040-BRW  Crane v. Wyeth LLC et al
4:09-cv-00741-BRW  Frambs v. Wyeth et al
4:06-cv-01455-BRW  Neubarth v. Wyeth et al
4:07-cv-00558-BRW  Dale v. Wyeth et al
4:06-cv-01120-BRW  White-Brown v. Wyeth et al

4:06-cv-00800-BRW  Thomas v. Wyeth et al
4:05-cv-01573-BRW  Beaver v. Wyeth et al
4:05-cv-00910-BRW  Wilkerson v. Wyeth Inc, et al
4:06-cv-01650-BRW  Chambers v. Wyeth et al
4:06-cv-01339-BRW  Kinser v. Wyeth et al


```
4:04-cv-00717-BRW  Lund v. Wyeth, et al
4:10-cv-01061-BRW  Struckmann v. Wyeth LLC et al
4:06-cv-01502-BRW  Rosenbloom et al v. Wyeth et al
4:08-cv-02388-BRW  McCarthy v. Wyeth Pharmaceuticals Inc et al
4:08-cv-03207-BRW  McLain v. Wyeth et al

4:06-cv-01048-BRW  Goodman v. Wyeth et al
4:07-cv-00478-BRW  Harding v. Wyeth et al
4:10-cv-00350-BRW  Banks v. Wyeth LLC et al
4:05-cv-01793-BRW  Keener v. Pfizer Inc et al
4:08-cv-00402-BRW  Kielty v. Wyeth et al

4:06-cv-01127-BRW  Wojcik v. Wyeth et al
4:05-cv-00558-BRW  Aenoro, et al v. Wyeth, et al
4:06-cv-01564-BRW  Sayers v. Wyeth et al
4:08-cv-01999-BRW  Weaver v. Wyeth et al
4:10-cv-00988-BRW  Anglin v. Wyeth LLC et al

4:08-cv-03699-BRW  Hennin v. Wyeth Inc et al
4:04-cv-01223-BRW  Alexander et al v. Wyeth LLC et al
4:06-cv-01345-BRW  Clement et al v. Wyeth et al
4:06-cv-00938-BRW  Wright v. Wyeth et al
4:06-cv-01617-BRW  Koch v. Wyeth et al

4:05-cv-00253-BRW  Palomo, et al v. Wyeth, et al
4:04-cv-00723-BRW  Gallegos v. Wyeth
4:08-cv-02413-BRW  Cook v. Wyeth et al
4:05-cv-01246-BRW  Anderson et al v. Wyeth Pharmaceuticals Inc et al
4:06-cv-01679-BRW  Rittenberry v. Wyeth et al

4:08-cv-03121-BRW  Reed v. Pfizer Inc et al
4:04-cv-01294-BRW  Cheltra v. Wyeth, et al
4:10-cv-01029-BRW  Beylen v. Wyeth LLC et al
4:10-cv-01030-BRW  Contreras v. Wyeth LLC et al
4:06-cv-01438-BRW  Zimmerman v. Wyeth et al

4:08-cv-03178-BRW  Johann v. Wyeth et al
4:09-cv-00103-BRW  Huff v. Barr Laboratories Inc et al
4:08-cv-02313-BRW  Weaver v. Wyeth et al
4:11-cv-00098-BRW  Grobstein v. Wyeth LLC et al
4:06-cv-01398-BRW  Puzzuole v. Wyeth et al

4:11-cv-00203-BRW  Whatley et al v. Wyeth LLC et al
4:08-cv-03777-BRW  Goodman et al v. Wyeth, et al
4:08-cv-03923-BRW  Saunders et al v. Wyeth, et al
4:08-cv-04017-BRW  Utt et al v. Wyeth, et al
4:10-cv-00839-BRW  Tallent v. Wyeth LLC et al
```

4:10-cv-00798-BRW   Cox, Carolyn
4:10-cv-01035-BRW   Stanionis v. Wyeth LLC et al
4:11-cv-00096-BRW   Boles v. Wyeth LLC et al
4:11-cv-00097-BRW   EDen v. Wyeth LLC et al
4:08-cv-01687-BRW   Peterson v. Wyeth et al

4:10-cv-00912-BRW   Jacquemart v. Wyeth LLC et al
4:06-cv-00160-BRW   Giambrone v. Wyeth et al
4:10-cv-00438-BRW   Langren v. Wyeth LLC et al
4:11-cv-00100-BRW   Hruska v. Wyeth LLC et al
4:08-cv-01393-BRW   Fisher v. Wyeth et al

4:08-cv-03167-BRW   Bumpas v. Wyeth et al
4:05-cv-00382-BRW   McMurray v. Wyeth Pharmaceutical, et al
4:06-cv-00443-BRW   Plowman et al v. Wyeth et al
4:08-cv-03631-BRW   Alvarran et al v. Wyeth, et al
4:08-cv-02116-BRW   Blaisdell v. Wyeth et al

4:05-cv-00832-BRW   Mason et al v. Wyeth et al
4:06-cv-01506-BRW   Balis et al v. Wyeth et al
4:05-cv-01433-BRW   Bowling et al v. Wyeth et al
4:05-cv-00380-BRW   Iyk, et al v. Wyeth Pharmaceutical, et al
4:05-cv-00969-BRW   Shea et al v. Wyeth Pharmaceuticals Inc et al

4:08-cv-02314-BRW   Kropf v. Wyeth et al
4:10-cv-00578-BRW   Hansmann v. Wyeth LLC et al
4:10-cv-00828-BRW   Cassidy v. Pfizer Inc et al
4:06-cv-00916-BRW   Lyons v. Wyeth et al
4:05-cv-00075-BRW   Clouser v. Wyeth, et al

4:05-cv-00396-BRW   Daly v. Wyeth, et al
4:05-cv-00423-BRW   Weissmer, et al v. Wyeth Pharmaceutical, et al
4:06-cv-01488-BRW   Roseman v. Wyeth et al
4:07-cv-00419-BRW   Tangman et al v. Wyeth et al
4:10-cv-00421-BRW   Bledsoe v. Wyeth LLC et al

4:10-cv-00587-BRW   Lopez v. Wyeth LLC et al
4:10-cv-00457-BRW   Knutson v. Wyeth LLC et al
4:10-cv-00683-BRW   Ferguson v. Wyeth LLC et al
4:10-cv-00792-BRW   King v. Pfizer Inc et al
4:10-cv-00818-BRW   Fornberg v. Pfizer Inc et al

4:10-cv-00842-BRW   Beedle v. Wyeth LLC et al
4:10-cv-00989-BRW   Dahlman v. Wyeth LLC et al
4:10-cv-01046-BRW   Meiller v. Wyeth LLC
4:10-cv-01060-BRW   Sain v. Wyeth LLC et al
4:11-cv-00113-BRW   Fields v. Wyeth LLC et al

```
4:08-cv-03213-BRW    Weinfurtner v. Wyeth et al
4:10-cv-00941-BRW    Mangan v. Wyeth LLC
4:10-cv-00569-BRW    Williams v. Wyeth LLC et al
4:06-cv-00821-BRW    Goldberg v. Wyeth et al
4:05-cv-01404-BRW    Moisi v. Wyeth Pharmaceuticals Inc et al

4:10-cv-01080-BRW    Dasen v. Wyeth LLC et al
4:07-cv-00731-BRW    Irwin et al v. Wyeth et al
4:06-cv-00493-BRW    Bolton et al v. Wyeth et al
4:10-cv-01039-BRW    Gilmore v. Wyeth LLC et al
4:06-cv-00430-BRW    Dudley v. Wyeth et al

4:08-cv-03677-BRW    Burton et al v. Wyeth, et al
4:04-cv-02316-BRW    Meyer, et al v. Wyeth, et al
4:05-cv-00427-BRW    Mullikin v. Wyeth Pharmaceutical, et al
4:08-cv-03985-BRW    Mitchelll v. Wyeth, et al
4:10-cv-00632-BRW    Mehr v. Wyeth LLC et al

4:10-cv-00921-BRW    Bussart v. Wyeth LLC et al
4:10-cv-01236-BRW    Owen v. Pfizer Inc et al
4:05-cv-00406-BRW    Shareff v. Wyeth Pharmaceutical, et al
4:06-cv-01022-BRW    Black v. Wyeth et al
4:06-cv-01443-BRW    Johnson v. Wyeth et al

4:08-cv-01848-BRW    Weaver v. Barr Pharmaceuticals Inc et al
4:08-cv-03905-BRW    Mayo et al v. Wyeth, et al
4:10-cv-00687-BRW    Clausen v. Watson Laboratories Inc et al
4:10-cv-00935-BRW    Wood v. Wyeth LLC et al
4:10-cv-00955-BRW    Provasnik v. Wyeth Inc et al

4:10-cv-01241-BRW    Martin v. Watson Laboratories Inc et al
4:06-cv-01165-BRW    Cavaliere v. Wyeth et al
4:07-cv-00095-BRW    Williams et al v. Wyeth et al
4:10-cv-00461-BRW    Slaton v. Wyeth LLC et al
4:06-cv-01516-BRW    Schultz v. Wyeth et al

4:08-cv-00462-BRW    Okon v. Wyeth et al
4:08-cv-03211-BRW    Haupert v. Wyeth et al
4:08-cv-03913-BRW    Roy et al v. Wyeth, et al
4:08-cv-04087-BRW    Poe et al v. Wyeth, et al
4:10-cv-00542-BRW    Geneve v. Pfizer Inc et al

4:11-cv-00322-BRW    Mari v. Bristol Myers Squibb Company et al
4:06-cv-01224-BRW    Bradley v. Wyeth et al
4:08-cv-00699-BRW    Draper et al v. Wyeth et al
4:06-cv-00784-BRW    Naquin et al v. Wyeth et al
4:08-cv-03932-BRW    Scott et al v. Wyeth, et al
```

4:10-cv-00475-BRW   Hart et al v. Wyeth LLC et al
4:10-cv-01272-BRW   Mosely v. Wyeth LLC et al
4:08-cv-03119-BRW   Estell v. Wyeth et al
4:08-cv-03927-BRW   Scarbro et al v. Wyeth, et al
4:05-cv-01575-BRW   Miller v. Wyeth et al

4:05-cv-01896-BRW   Johnson v. Wyeth et al